

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-20-00572-CV

Bobby **HOLLY** and Dolores Holly,
Appellants

v.

**NEWBERRY RANCHES OF TEXAS LLC**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34257
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

On September 9, 2022, appellee filed a motion for an extension of time to file a motion for rehearing or en banc reconsideration, originally due September 15, 2022. Appellee requests until October 6, 2022. The motion is **granted**. Appellee is **ordered** to file a motion for rehearing or en banc reconsideration, if any, no later than **October 6, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court